UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY D. BARGER,<br>aka GARY DALE BARGER,<br>aka GARY FRANCIS FISHER,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA,<br><br>    Respondent. | Case No. 19-cv-02177-WHO (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner Sonny D. Barger, aka Gale Dale Barger, aka Gary Francis Fisher, challenges convictions he received in the Kern County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** April 30, 2019



WILLIAM H. ORRICK
United States District Judge